

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00368-CV

**IN THE INTEREST OF M.N.**, A Child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02675
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Jason Pulliam, Justice

The State's motion for en banc reconsideration is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court